# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137967

KELLY SUE SYMONS, Personal Representative
of the Estate of DANIEL A. SYMONS,
          Plaintiff-Appellee,

v

DR. ROBERT J. PRODINGER,
          Defendant-Appellee,

and

DALE RUSSELL, P.A., and BATTLE CREEK
EMERGENCY ROOM PHYSICIANS, P.C.,
          Defendants-Appellants,

and

BATTLE CREEK HEALTH SYSTEMS,
          Defendant.
_____/

SC: 137967
COA: 269663
Calhoun CC: 04-000769-NH

        On order of the Court, the application for leave to appeal the November 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009

Clerk

d0721